```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/11/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
   ANDRE SIMS,                                     :

                          Plaintiff,       :
            -against-                  :       1:20-cv-05322-GHW

SONY MUSIC ENTERTAINMENT; RCA, a   :       ORDER
division of Sony Music Entertainment, DARHYL :
CAMPER, JR. d/b/a CAMP STAR MUSIC;    :
JUSTIN ANTHONY BARROSO d/b/a J LOVE :
MUSIC; GABRIELLA WILSON a.k.a. H.E.R., I :
AM HER MUSIC,                            :

                        Defendants.   :
-----------------------------------------------------------------X

GREGORY H. WOODS, United States District Judge:

       In the order scheduling the initial pretrial conference in this matter, the parties were directed to submit a joint letter via ECF and to email a joint proposed Case Management Plan and Scheduling Order to Chambers by no later than September 10, 2020.  Dkt. No. 2.  The Court has not received the parties' submissions.  The parties are directed to submit their joint letter via ECF and to email their joint proposed Case Management Plan to Chambers forthwith, and in no event later than September 14, 2020.

       Counsel for Plaintiff is directed to serve a copy of this order on Defendants and to retain proof of service.

       SO ORDERED.

Dated:  September 11, 2020
New York, New York                                _____
                                                       GREGORY H. WOODS
                                                   United States District Judge