USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/12/20



**MEMORANDUM ENDORSED**

**STEPHEN M. KATZ**
**Email:** smkatz@katz.legal

1225 Johnson-Ferry Road
Building 100 • Suite 125
Marietta, Georgia 30068-5407
Telephone:  770.988.8181
Facsimile:  770.988.8182
Internet:  www.katz.legal

10 November 2020

**By ECF**

The Honorable Gregory H. Woods
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007

    Re:    *Sims v. Sony Music Entertainment, et al.*, 20-cv-05322

Dear Judge Woods:

    Our firm, along with James L. Walker, Jr., represents Plaintiff Andre Sims in the above-referenced action.

    After communication with opposing counsel, who represents all but one of the defendants, we seek an adjournment of the initial pretrial conference and the deadline to submit a joint letter and proposed case management plan.

    The parties have exchanged substantial information in an effort to resolve the case. Opposing counsel agrees that that it makes sense to delay the submission of the documents until the defendants file their responses to the Complaint, in the event that we are not able to resolve the case.

The Honorable Gregory H. Woods
10 November 2020
Page 2 of 2

_____

In accordance with Rule 1.E of Your Honor's Individual Rules of Practice, we write to request an adjournment of the initial pretrial conference, currently scheduled for November 11, 2020.

While this is a second request for an adjournment, the defendants Answers are not due until December 7, 2020. The request is made in good faith after communication with opposing counsel.

Based on the discussions and information exchanged thus far, we believe there is a substantial chance the parties will resolve this case.

Accordingly, in light of the due date of Defendants' responses to the Complaint and the progress we have made thus far toward a resolution, we request an adjournment of the pretrial conference until after Defendants' responses to the Complaint are filed.

        Very truly yours,

        **/s Stephen M. Katz**

        Stephen M. Katz

smk/
cc:    Mr. Donald Zakarin
        Mr. James J. Walker, Jr.

---

Application granted.  The initial pretrial conference scheduled for November 18, 2020 is adjourned to December 17, 2020 at 3:00 p.m.  The joint letter and Case Management Plan described in the Court's July 14, 2020 order, Dkt. No. 2, are due no later than December 10, 2020.

SO ORDERED.

Dated:  November 12, 2020
New York, New York

        _____
        GREGORY H. WOODS
        United States District Judge