# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANDRE SIMS,<br><br>    Plaintiff,<br><br>v.<br><br>SONY MUSIC ENTERTAINMENT;<br>DARHYL CAMPER, JR.; CAMP STAR MUSIC; JUSTIN ANTHONY BARROSO;<br>J LOVE MUSIC<br>GABRIELLA WILSON a.k.a. H.E.R.;<br>I AM HER MUSIC,<br><br>    Defendant. | CIVIL ACTION NO.:<br>1:20-CV-05322-GHW<br><br>JURY TRIAL DEMANDED |

NOTICE OF DEPOSITION PURSUANT TO
FED. R. CIV. P.30(B)(6)

TO:     CLERK OF THE COURT
           COUNSEL FOR DEFENDANTS
           JUSTIN BARROSO
           c/o Pryor Cashman, LLP
           7 Times Square
           New York, NY 10036

PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P.30(b)(6) and 45 and LR 30.1, plaintiff will take the depositions upon oral examination, to be recorded by stenographic means and videotape, via electronic means by the Zoom platform pursuant to COVID-19 protocols of Justin Anthony Barroso (collectively "Barroso"). The deposition will commence at 9:00 a.m. on Friday, April 9, 2021. If necessary, each deposition will be adjourned until completed.

Date:  8 March 2021.        By: s/ Stephen M. Katz
                                Stephen M. Katz
                                Ga. Bar No. 409065




**THE KATZ LAW FIRM – Ga.** LLC
1225 Johnson-Ferry Road
Building 100 – Suite 125
Marietta, Georgia 30068-5407
Telephone: 770.988.8181
Email: smkatz@katz.legal

                            By:  s/ James L. Walker, Jr.
                                James L. Walker, Jr.
                                *Pro Hac Vice* Applied for
                                Georgia Bar No. 260643
**J. WALKER & ASSOCIATES, LLC**
3421 Main Street | Suite A
Atlanta, GA 30337
Phone: (770) 847-7363
jjwalker@walkerandassoc.com
*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true copy of the foregoing Notice of Deposition was served upon counsel of record with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following:

Donald S. Zakarin
Attorney and Counselor at Law
Pryor Cashman, LLP
7 Times Square
New York, NY 10036
212-326-0108 (P)
212-798-6306 (F)
347-820-0793 (C)
dzakarin@pryorcashman.com


Date:  8 March 2021.          By: s/ Stephen M. Katz
                                    Stephen M. Katz
                                    Ga. Bar No. 409065




**THE KATZ LAW FIRM – Ga. LLC**
1225 Johnson-Ferry Road
Building 100 – Suite 125
Marietta, Georgia 30068-5407
Telephone: 770.988.8181
Email: smkatz@katz.legal

                              By:  s/ James L. Walker, Jr.
                                    James L. Walker, Jr.
                                    *Pro Hac Vice* Applied for
                                    Georgia Bar No. 260643
**J. WALKER & ASSOCIATES, LLC**
3421 Main Street | Suite A

Atlanta, GA 30337
Phone: (770) 847-7363
jjwalker@walkerandassoc.com
*Counsel for Plaintiff*