UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANDRE SIMS,

    Plaintiff,

-against-

SONY MUSIC ENTERTAINMENT, et al.

    Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/28/21

20-CV-5322 (GHW) (BCM)

**ORDER ADJOURNING SETTLEMENT CONFERENCE**

**BARBARA MOSES, United States Magistrate Judge.**

    The settlement conference currently scheduled for May 4, 2021, at 2:15 p.m. is hereby ADJOURNED to **June 8, 2021, at 2:15 p.m.** Before the conference, counsel must conduct at least one more good-faith settlement discussion, in which each party conveys to the other a new settlement demand or offer. No later than **June 4, 2021**, the parties each shall submit an update letter to chambers by email, addressed to Moses_NYSDChambers@nysd.uscourts.gov. The letters, which should not exceed two pages single-spaced, should not repeat the information provided in the parties' initial settlement letters; rather, the letters shall update the Court only as to new information that may be relevant to settlement. All other provisions of the Court's Order Scheduling Settlement Conference dated April 13, 2021 (Dkt. No. 66) remain in effect. The conference will be conducted using Microsoft Teams unless public health conditions in this District permit the Court to resume in-person conferences, in which case the Court will so notify the parties.

    The Clerk of Court is respectfully directed to close the letter-motion at Dkt. No. 67.

Dated: New York, New York
       April 28, 2021

**SO ORDERED.**

_____
**BARBARA MOSES**
**United States Magistrate Judge**