

**The Walker Building**
**3421 Main Street**
**Atlanta, GA 30337**

**Phone: (770) 847-7363**
**Fax:     (770) 282-1706**

James L. Walker, Jr., Esq.                                                                                      Admitted in Conn., D.C. & GA

June 9, 2021

**BY ECF**

The Honorable Gregory H. Wood
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007

Re: **Sims v. Sony Music Entertainment, et al., 20-cv-05322**

Dear Judge Woods:

Our law office represents the Plaintiff in the above referenced case and submits this letter requesting adjournment. After meeting with Judge Barbara Moses and speaking with counsel for Defendants Mr. Don Zakarin, both parties have reached an agreement in principle with this case. Although the terms differ from Judge Moses' recommendation, we are delighted both parties have worked diligently to set aside differences and resolve this amicably.

Being that the settlement is being reduced in writing we request adjournment to begin to finalize the terms of settlement and request tomorrow's call with Judge Woods be removed from the Chamber's calendar. On behalf of the office of J. Walker & Associates, we would like to thank Judge Woods for his time and diligence in this matter and contributing to moving this towards settlement.

Sincerely,

/s/ James L. Walker, Jr.

James L. Walker, Jr.

Cc: Mr. Andre Sims
Mrs. Renorda Pryor, Esq.
Mr. Stephen Katz, Esq.